# Court of Appeals
# of the State of Georgia

ATLANTA,_____May 14, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1582.  TIMOTHY A. TROUTMAN v. REGINALD CLARK.**

This case originated as an action for damages in magistrate court.  Timothy Troutman appealed the magistrate court's decision to the state court, which entered a judgment awarding $2,600 to Troutman.  Troutman then filed a notice of appeal from the trial court's order.  We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal "in all actions for damages in which the judgment is $10,000.00 or less." Second, because the order at issue disposes of a de novo appeal from a magistrate court decision, OCGA § 5-6-35 (a) (1) also required Troutman to follow the discretionary appeal procedures.  See *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).

Troutman's failure to comply with discretionary appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/14/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*